IN THE MATTER OF VALERIE D. BELMONT.

(SUPREME COURT DISCIPLINARY No. 578).

(376 SE2d 687)

PER CURIAM.

This case was remanded to the State Disciplinary Board. The Review Panel of the State Disciplinary Board renews its recommendation that Belmont be suspended from the practice of law for a period of two years, after which time she must take the Bar Examination before readmission.

We approve the recommendation of the Review Panel, with the exception of that portion of the recommendation that Belmont be required to take the Bar Examination.

We order that Valerie D. Belmont be suspended from the practice of law in Georgia for two years, and that she notify her clients of

her suspension, and take all actions necessary to protect their interests. This order shall be effective February 1, 1989.

*Suspended. All the Justices concur.*

### DECIDED JANUARY 19, 1989.

*William P. Smith III, General Counsel State Bar, Paula J. Frederick, Assistant General Counsel State Bar,* for State Bar of Georgia.